# Third District Court of Appeal

## State of Florida

Opinion filed September 15, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1033
Lower Tribunal No. F95-9428A

_____

**Israel Concepcion,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Marlene Fernandez-Karavetsos, Judge.

Law Office of Shirley L. Bates, and Shirley L. Bates (Tallahassee), for appellant.

Ashley Moody, Attorney General, and Michael W. Mervine, Chief Assistant Attorney General, for appellee.

Before LOGUE, HENDON, and MILLER, JJ.

PER CURIAM.

Affirmed.